COLLETTE C. LELAND, WSBA No. 40686
KAMMI MENCKE SMITH, WSBA No. 34911
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, Washington 99201
Telephone: (509) 838-6131
Facsimile: (509) 838-1416

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY J. ROSEN, an individual, | |
| Plaintiff, | No. CV-15-00153-RMP |
| vs. | PLAINTIFF'S WITNESS LIST |
| PEND OREILLE COUNTY, a local government entity, PEND OREILLE COUNTY SHERIFF ALAN BOTZHEIM, an individual, PEND OREILLE COUNTY SHERIFF'S DEPARTMENT, a local government entity, and UNDERSHERIFF GRANT SIREVOG, an individual, | |
| Defendants. | |

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Pursuant to the Court's Scheduling Conference Order dated September 3, 2015 (ECF No. 7), Plaintiff Cory Rosen submits the following list of witnesses Plaintiff expects to testify at trial.

1. Jerry Dobson
   Georgia
   (509) 671-6910

Mr. Dobson is expected to testify regarding the procedures and practices of the Pend Oreille County Sheriff's Office (POCSO), including its discipline of deputies. Mr. Dobson will testify regarding Mr. Rosen's reputation performance as a deputy. Mr. Dobson will testify regarding the interactions between the POCSO deputies, Teamsters Local 690 (Local 690), POCSO, and candidates for the office of sheriff. Mr. Dobson will testify regarding his personal knowledge of the facts surrounding the internal investigation and discipline of Mr. Rosen.

2. Deputy Daniel Dice
   Pend Oreille County Sheriff's Office
   331 S. Garden Avenue
   Newport, WA 99156
   (509) 671-2315

Deputy Dice is expected to testify regarding Mr. Rosen's performance and reputation as a Pend Oreille County Sheriff's Deputy. Deputy Dice is expected to testify regarding Mr. Rosen's discipline and termination from Pend Oreille County Sheriff's Office. Deputy Dice is expected to testify regarding the practices of POCSO in relation to its employees.

3. Steven Bruchman
   Teamsters Local 760
   12111 W. Lincoln
   (509) 452-7194

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Mr. Bruchman is expected to testify regarding the procedures and practices of POCSO, including its discipline of deputies and its interactions with Local 690 Local 690. Mr. Bruchman is expected to testify regarding the interactions between the POCSO deputies, Teamsters Local 690, and candidates for the office of sheriff. Mr. Bruchman is expected to testify regarding his personal knowledge of the facts surrounding the internal investigation and discipline of Mr. Rosen. Mr. Bruchman will testify regarding Mr. Rosen's activities as shop steward for Local 690.

    4.    Jeff Jones
          Liberty Lake Police Department
          23127 E. Mission Ave.
          Liberty Lake, WA 99019
          (509) 755-1144

Officer Jones is expected to testify regarding Mr. Rosen's performance and reputation as a deputy for POCSO and POCSO conduct toward Mr. Rosen. Officer Jones will testify regarding POCSO's pattern of conduct toward its employees.

    5.    Cory Rosen
          c/o Winston & Cashatt, Lawyers
          601 W. Riverside Ave., Suite 1900
          Spokane, WA 99201
          (509) 838-6131

As Plaintiff, Mr. Rosen is expected to testify regarding the facts and circumstances surrounding the events and facts from which his claims and damages arise.

    6.    Dawn Taylor, Executive Administrative Assistant
          Pend Oreille County Sheriff's Office
          331 S. Garden Avenue
          Newport, WA 99156
          (509) 447-3151

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

PLAINTIFF'S WITNESS LIST
Page 3

Ms. Taylor is expected to testify regarding the Defendants' communications with employers and potential employers of Mr. Rosen. Ms. Taylor will testify regarding the policies and practices of the POCSO, including the creation and retention of personnel records. Ms. Taylor is expected to testify regarding her personal knowledge of Mr. Rosen and Defendants' conduct toward him.

7. Scott Doughty
   141 Lady Ct.
   Newport, WA 99156
   (509) 292-0348

Mr. Doughty is expected to testify regarding the facts and circumstances surrounding the events leading to Mr. Rosen's termination. Mr. Doughty is expected to testify regarding Defendants' treatment of employees and ex-employees.

8. Steven Higgins
   Pend Oreille County Jail
   331 S. Garden Avenue
   Newport, WA 99156

Mr. Higgins is expected to testify regarding the facts and circumstances surrounding the events leading to Mr. Rosen's termination. Mr. Higgins will testify regarding Defendants' pattern of conduct toward employees and ex-employees of POCSO.

9. Jon Carmen, Detective
   Pend Oreille County Sheriff's Office
   331 S. Garden Avenue
   Newport, WA 99156
   (509) 447-3151

Det. Carmen is expected to testify regarding Defendants' pattern of conduct toward employees and ex-employees of POCSO. Det. Carman is expected to testify regarding the facts and circumstances surrounding the events leading to Mr.

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Rosen's termination. Det. Carman has knowledge of the reputations of the personnel at POCSO. Det. Carman is expected to testify regarding the interactions between Local 690 and Defendants POCSO, Botzheim, and Sirevog.

10. Sgt. Glenn Blakeslee
    Pend Oreille County Sheriff's Office
    331 S. Garden Avenue
    Newport, WA 99156
    (509) 447-1911

Sgt. Blakeslee is expected to testify regarding the internal investigations into Mr. Rosen's conduct while he was employed by POCSO and communications with the Defendants regarding the same. Sgt. Blakeslee is expected to testify regarding the practices and policies of POCSO. Sgt. Blakeslee will testify regarding POCSO's treatment of Mr. Rosen after his termination.

11. Joseph Kuhn
    Teamsters Local 690
    1912 N. Division St., Suite #200
    Spokane, WA 99207
    (509) 455-9410

Mr. Kuhn is expected to testify regarding the facts and circumstances surrounding the discipline and termination of Mr. Rosen, and events following his termination. Mr. Kuhn is expected to testify regarding POCSO's interactions with Local 690 and Defendants' conduct toward employees of POCSO.

12. D.P. Van Blaricom
    835 91st Lane N.E.
    Bellevue, WA 98004-4811
    (425) 453-0082

Mr. Van Blaricom will provide expert testimony regarding the investigation, discipline and termination of Mr. Rosen.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

13. Dolly N. Hunt, Prosecuting Attorney
    Pend Oreille County Prosecuting Attorney's Office
    229 S. Garden Avenue
    Newport, WA 99156
    (509) 447-4414

Prosecuting Attorney Hunt is expected to testify regarding the facts and circumstances surrounding Mr. Rosen's discipline and termination, as well as communications with potential employers of Mr. Rosen and Washington Department of Corrections (DOC).

14. Det. Sal Mancini
    Quincy Police Department
    104 B St. SW
    Quincy, WA 98848
    (509) 787-4718

Det. Mancini is expected to testify regarding communications by members of the Pend Oreille County Sheriff's Office to the City of Quincy Police Department in response to a background check by Quincy PD. Det. Mancini will testify regarding the pattern and practices of POCSO toward its employees and former employees.

15. Michelle Gaines, Winthrop
    Clerk/Treasurer
    206 Riverside Avenue
    Winthrop, WA 98862

Ms. Gaines will testify by deposition regarding Mr. Rosen's application for employment by the City of Winthrop, including information provided by POCSO.

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

16. Travis Feldner
    (509) 671-6870

Mr. Feldner will testify regarding Mr. Rosen's efforts to obtain employment with the Kalispel Tribal Police.

17. John W. Hunt
    c/o Adams County Sheriff's Office
    210 W. Broadway
    Ritzville, WA 99169
    (509) 659-1122

Mr. Hunt is expected to testify regarding Mr. Rosen's application for employment with the Adams County Sheriff's Office.

18. Alan Botzheim
    Pend Oreille County Sheriff's Office
    331 S. Garden Avenue
    Newport, WA 99156
    (509) 447-1901

Sheriff Botzheim is expected to testify by deposition regarding the policies and practices of POCSO regarding the discipline and termination of its employees. Sheriff Botzheim is expected to testify regarding POCSO communications with potential or current employers of Mr. Rosen. Sheriff Botzheim is expected to testify regarding the facts and circumstances surrounding the discipline and termination of Mr. Rosen.

19. Grant Sirevog
    Pend Oreille County Sheriff's Office
    331 S. Garden Avenue
    Newport, WA 99156
    (509) 447-1902

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Undersheriff Sirevog is expected to testify by deposition regarding Defendants POCSO, Botzheim, and Sirevog's communications with the employer and potential employers of Mr. Rosen. Undersheriff Sirevog is expected to testify regarding the facts and circumstances surrounding the discipline and termination of Mr. Rosen.

20. Jeffrey D. Hawkins
    Washington Department of Corrections
    309 W. Second Ave.
    Newport, WA

Mr. Hawkins will testify regarding Defendants Botzheim and Sirevog's communications with Mr. Hawkins regarding Mr. Rosen.

21. Kim Allen-Holman, Community Corrections Supervisor
    Washington Department of Corrections
    Community Corrections Division
    210 N. 2nd Street
    Yakima, WA 98901
    (509) 225-2400

Ms. Allen-Holman will testify by deposition regarding Mr. Rosen's application for employment with the Washington Department of Corrections (DOC) and DOC's hiring of Mr. Rosen, including the background check of and interviews with Mr. Rosen. Ms. Allen-Holman will testify regarding Mr. Rosen's performance as a community corrections officer and his disclosures to DOC regarding his employment and disciplinary history. Ms. Allen-Holman will testify regarding Undersheriff Sirevog's communications with DOC and documents provided by POCSO to DOC. Ms. Allen-Holman will testify regarding Mr. Rosen's termination from DOC.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

PLAINTIFF'S WITNESS LIST
Page 8

22. Ronald Pedersen, Field Administrator
    Washington Department of Corrections
    Community Corrections Division
    210 N. 2nd Street
    Yakima, WA 98901
    (509) 225-2400

Mr. Pedersen will testify by deposition regarding Mr. Rosen's termination by DOC.

23. Jacki Tucker, Council Representative
    4918 N. Stevens St.
    Spokane, WA 99205
    (509) 847-3590

Ms. Tucker is expected to testify regarding the facts and circumstances surrounding DOC's termination of Mr. Rosen.

24. Detective Robert Layman
    Sunnyside Police Department
    401 Homer Street
    Sunnyside, WA 98944
    (509) 836-6305

Det. Layman is expected to testify regarding Defendants Sirevog and POCSO's communications with the City of Sunnyside regarding Mr. Rosen.

25. Rev. Jared Horton
    Real Life Newport
    420 W. 4th St.
    Newport, WA 99156

Rev. Horton will testify regarding Mr. Rosen's reputation in the community and Mr. Rosen's damages incurred as a result of the conduct of Defendants.

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

26. Shelly Stafford Peters
    Pend Oreille County Human Resources
    P.O. Box 5025
    Newport, WA 99156
    (509) 447-6499

Ms. Peters is expected to testify regarding the human resources policies and procedures of Pend Oreille County and all training provided to its employees. Ms. Stafford will testify regarding the policies and procedures governing the maintenance and disclosure of information held in the personnel files of Pend Oreille County employees and held by the Pend Oreille County Civil Service Commission. Ms. Peters will testify regarding the termination of Mr. Rosen and responses to inquiries from potential employers concerning Mr. Rosen.

27. Matthew McKay
    Liberty Lake Police Department
    23127 E. Mission Ave.
    Liberty Lake, WA 99019
    (509) 671-2891

Officer McKay is expected to testify regarding the facts and circumstances surrounding the discipline and termination of Mr. Rosen, including his performance as a deputy and the conduct of Defendants toward their employees.

28. Marianne Nichols
    Pend Oreille County Auditor
    625 W. 4th St.
    Newport, WA 99156
    509-447-6474

Ms. Nichols is expected to testify regarding background checks regarding Mr. Rosen by outside agencies and Pend Oreille County's responses to requests for public records.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

29. Mark Sterk
    20411 S SR 27
    Rockford, WA 99030
    (509) 370-0675

Mr. Sterk will provide expert testimony regarding normal practices of procedures of law enforcement agencies relating to discipline, termination, and responses to reference checks. Mr. Sterk will offer expert testimony regarding the conduct of Defendants.

30. Walter Collins
    20411 S SR 27
    Rockford, WA 99030
    (509) 998-9766

Mr. Collins will provide expert testimony regarding normal practices of procedures of law enforcement agencies relating to discipline, termination, and responses to reference checks. Mr. Collins will offer expert testimony regarding the conduct of Defendants.

31. Gary Carlsen
    20411 S SR 27
    Rockford, WA 99030
    (509) 263-7597

Mr. Carlsen will provide expert testimony regarding the reasonable salary and time until hiring expectations of law enforcement officers with Mr. Rosen's experience, qualifications, and job history. Mr. Carlsen will provide expert testimony regarding the long term effects of Defendants conduct.

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

32. Sean Black
9 S. Washington St., Suite 600
Spokane, WA 99201
(509) 323-0272

Mr. Black will provide expert testimony regarding Mr. Rosen's lost back and future wages and benefits.

33. Elizabeth Rosen
c/o Winston & Cashatt, Lawyers
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
(509) 838-6131

Ms. Rosen is the wife of Plaintiff Cory Rosen. Ms. Rosen is expected to testify regarding Mr. Rosen's damages incurred as a result of the conduct of Defendants.

**Plaintiff Cory Rosen submits the following list of witnesses Plaintiff may call to testify at trial, if the need arises:**

1. DarLin Sanchez
871 Conklin Meadow
Newport, WA 99156
(509) 671-3915

Ms. Sanchez is expected to testify regarding security in the Jail and the usual practices followed by Jail staff and dispatch. Ms. Sanchez is expected to testify regarding the disciplinary practices of Defendants toward their employees.

2. Ronald Froman
(509) 671-1254

Mr. Froman is expected to testify regarding Mr. Rosen's performance and reputation as a POCSO Deputy. Mr. Froman is expected to testify regarding

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

PLAINTIFF'S WITNESS LIST
Page 12

POCSO's practice of targeting deputies for discipline and termination. Mr. Froman is expected to testify regarding the facts and circumstances surrounding Sheriff Botzheim's election to the office of Pend Oreille County Sheriff.

3. Det. Christy Patterson
E. Wenatchee Police Department
271 9th St. N.E.
East Wenatchee, WA 98802

Det. Patterson is expected to testify regarding Mr. Rosen's work history as an officer for the East Wenatchee Police Department.

4. Steve West
Pend Oreille County Communications/E911 Center
331 S. Garden Ave.
Newport, WA 99156
(509) 447-1912

Mr. West is expected to testify regarding the facts and circumstances surrounding the events leading to Mr. Rosen's termination.

5. Cindy Delay
P.O. Box 5050
Newport, WA 99156
(509) 447-4021

Ms. Delay is expected to testify regarding Mr. Rosen's job performance as a POCSO Deputy and regarding background checks performed by potential employers of Mr. Rosen and the Department of Corrections.

6. Chief Rick Stokoe
Boardman Police Dept.
200 City Center Circle
Boardman Oregon 97818
(541) 481-6071

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

Chief Stokeo is expected to testify telephonically regarding Mr. Rosen's abilities and qualifications as a law enforcement officer and regarding the City of Boardman's background check into Mr. Rosen.

7. Karen Beatty
c/o of Okanogan County Central Services
148 N. 3rd Ave., Rm. 105
Okanogan, WA 98840
(509) 422-7127

Ms. Beatty is expected to testify regarding the 2010 sheriff's election and Defendant's conduct toward POCSO and POC employees.

8. Jeremy Schmidt
Counsel for Defense
1116 W. Broadway Ave.
Spokane, WA 99206
(509) 477-3443

Mr. Schmidt is expected to testify regarding the facts and circumstances relating to the termination of Mr. Rosen from the Pend Oreille County Sheriff's Office.

9. Director Sam Castro
Dept. of Public Works, Pend Oreille County
625 W. 4th St.
Newport, WA 99156
(509) 447-4513

Director Castro is expected to testify regarding Pend Oreille County's policy governing communications with potential employers of Pend Oreille County employees, including responding to reference checks. Director Castro is expected to testify regarding Mr. Rosen's reputation in the community.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

10. Wendy Pratt
Department of Social and Health Services, Child Protection Service
Colville Republic DCFS
P.O. Box 537
Colville, WA 99114
509-685-5660

Ms. Pratt is expected to testify regarding Mr. Rosen's application for employment with Child Protection Services.

11. Todd Wiggs
c/o Washington Department of Corrections
Spokane Administrative Office
1717 W. Broadway Ave.
Spokane, WA 99201

Mr. Wiggs is expected to testify concerning any communications between Defendants and DOC after Mr. Rosen was hired as a community corrections officer by DOC.

12. Questin Youk
Pend Oreille County Sheriff's Office
331 S. Garden Avenue
Newport, WA 99156
(509) 447-1914

Sergeant Youk is expected to testify regarding Mr. Rosen's job performance and the investigations of Mr. Rosen by Defendants. Sergeant Youk is expected to testify regarding the policies, procedures, and practices of the POCSO concerning employee discipline and communications with potential or current employers of former or current deputies.

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

13. Deputy Eric Schutte
    Pend Oreille County Sheriff's Office
    331 S. Garden Avenue
    Newport, WA 99156
    (509) 671-1339

Deputy Schutte is expected to testify regarding Mr. Rosen's performance as a deputy for POCSO. Mr. Schutte is expected to testify regarding the pattern and practices of the command staff of POCSO.

14. Joshua Proctor
    2264 Green Rd.
    Newport, WA
    (509) 671-6076

Mr. Proctor is expected to testify regarding the facts and circumstances surrounding Mr. Rosen's discipline and termination.

Plaintiff reserves the right to offer witnesses identified by Defendants in its disclosure. Plaintiff reserves the right to amend and/or supplemental his Witness List as necessary. Plaintiff reserves the right to call rebuttal witnesses to respond

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

to testimony offered by the Defendants.

DATED this 4th day of August, 2016.

                                      s/Collette C. Leland
                                      Collette C. Leland, WSBA No. 40686
                                      Kammi M. Smith, WSBA No. 34911
                                      WINSTON & CASHATT, Lawyers
                                      Attorneys for Plaintiff
                                      601 W. Riverside, Ste. 1900
                                      Spokane, WA 99201
                                      (509) 838-6131
                                      Facsimile: (509) 838-1416
                                      E-mail Address: ccl@winstoncashatt.com
                                      E-mail Address: kms@winstoncashatt.com

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131

I hereby certify that on August 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Heather C. Yakely
Evans, Craven & Lackie, P.S.
hyakely@ecl-law.com

Attorney for Defendants

                                 <u>s/Collette C. Leland, WSBA No. 40686</u>
                                 WINSTON & CASHATT
                                 Attorneys for Plaintiff
                                 601 W. Riverside, Ste. 1900
                                 Spokane, WA 99201
                                 (509) 838-6131
                                 Facsimile: (509) 838-1416
                                 E-mail Address: ccl@winstoncashatt.com

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
Bank of America Financial Center
601 West Riverside Avenue, Suite 1900
Spokane, Washington 99201-0695
(509) 838-6131