HONORABLE JUDGE ROSANNA PETERSON

HEATHER C. YAKELY, #28848
EVANS, CRAVEN LACKIE, P.S.
W. 818 Riverside
Suite 250, Lincoln Building
Spokane, WA 99201
(509) 455-5200
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORY J. ROSEN, an individual, | |
| Plaintiff, | CASE NO.: CV-15-00153-RMP |
| vs. | DEFENDANTS' TRIAL WITNESS LIST |
| PEND OREILLE COUNTY, a local government entity, PEND OREILLE COUNTY SHERIFF ALAN BOTZHEIM, an individual, PEND OREILLE COUNTY SHERIFF'S DEPARTMENT, a local government entity, and UNDERSHERIFF GRANT SIREVOG, an individual, | |
| Defendants. | |

COMES NOW, Defendants' Pend Oreille County, Pend Oreille County Sheriff's Department, Sheriff Alan Botzheim and Undersheriff Grant Sirevog by and through their undersigned counsel, Heather C. Yakely of Evans, Craven &

DEFENDANTS' TRIAL WITNESS LIST
- page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Lackie, P.S., and hereby provides the following list of Possible Trial Witnesses pursuant to the Court's Scheduling Order:

1. Corey J. Rosen;
   C/o Collette C. Leland
   Kami M. Smith
   Wintston & Cashatt
   601 W. Riverside, Suite 1900
   Spokane, WA 99201-0695
   509-838-6131

It is anticipated that Plaintiff will testimony regarding his personal knowledge of his employment, termination, and other information that is subject to this litigation.

**All Pend Oreille County Sheriff's Office employees, Pend Oreille County employees listed below are to be contacted c/o Evans, Craven & Lackie, P.S., 818 W Riverside, Lincoln Plaza, Suite 250, Spokane, WA 99201.**

2. Sheriff Alan Botzheim, Defendant;

It is anticipated that Sheriff Botzheim will testify as to his personal knowledge of Cory Rosen's employment, disciplinary actions, Last Chance Agreement, policies and procedures of the Sheriff's Office Employment and ultimate termination of Plaintiff and any other personal knowledge he may have that is the subject of this litigation.

3. Undersheriff Grant Sirevog, Defendant;

It is anticipated that Undersheriff Sirevog will testify as to his personal knowledge of Cory Rosen's employment, disciplinary actions, Last Chance

Agreement policies and procedures of the Sheriff's Office Employment, and ultimate termination. He will also testify as to the information and his personal knowledge of the information that was released to various requesting entities after Mr. Rosen's termination.

4. POCSO Sergeant Questin Youk;
    Performance Evaluator/Direct Supervisor

It is anticipated that Sgt. Youk will testify as to his personal knowledge of Cory Rosen's employment, disciplinary actions, insubordination and other employment issues with Plaintiff and his knowledge as Mr. Rosen's supervisor of the incidents which led up to Mr. Rosen's discipline in 2012 - 2013 and eventual termination.

5. POCSO Sergeant Glenn Blakeslee;

It is anticipated that Sgt. Blakeslee will testify as to his personal knowledge of the Investigation into Cory Rosen's formal complaint #13-00005 regarding insubordination and his knowledge of the policies and procedures that Mr. Rosen violated. . He will also testify as Mr. Rosen's supervisor to his personal knowledge of Mr. Rosen's actions and behaviors that led to his 2012-12013 discipline and eventual termination.

6. Dolly Hunt, Pend Oreille Prosecuting Attorney;

It is anticipated that Ms. Hunt may testify as to her personal knowledge of Cory Rosen's employment, letter of recommendation and termination as well as Pend Oreille County's Police and Procedures.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

7. Pend Oreille County Deputy Prosecutor Schmidt;

It is anticipated that C.O. Doughty and Higgins may testify as to their personal knowledge of the Jail Investigation completed by Rosen and information provided to Deputy Rosen. Deputy Prosecutor Schmidt may testify as to his knowledge regarding the information he received from deputy Rosen's jail investigation and his charging decisions based on the investigation and reports.

8. Dawn Taylor, Administrative Assistant;

It is anticipated that Dawn Taylor may testify as to the retention of personnel files and information that was released regarding Cory Rosen.

9. Steve Bruchman;
   Union Representative

It is anticipated that Steve Bruchman may testify as to his personal knowledge of the 2012 Internal Investigation re: Insubordination regarding Sgt. Youk and Cory Rosen's Last Chance Agreement.

10. Joe Kuhn;
    Union Representative

It is anticipated that Joe Kuhn may testify as to his personal knowledge of the Loudermill Hearing for Cory Rosen arising from the 2013 Jail Investigation Rosen completed and Finding that Rosen failed to report a potential sex crime in the Corrections facility.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

11. Ron Pederson, Dept. of Corrections;
12. Kimberly Allen-Holman, Dept. of Corrections;
   C/o Carl Warring, #27164
   Attorney General of Washington
   Torts Division
   1116 W. Riverside, Suite 100
   Spokane, WA 99201-1106
   509-456-3123

It is anticipated that Ron Pederson and Kimberly Allen-Holman will testify as to their knowledge of Rosen's application for employment and termination therefrom.

13. Sgt. Jack Simington, Kennewick P.D.;
   211 W. 6th Avenue
   P.O. Box 6108
   Kennewick, WA 99336
   509-585-4208

14. Detective R. Layman, Sunnyside P.D.;
   401 Homer Street
   Sunnyside, WA 98944
   509-836-6200

It is anticipated that Sgt. Jack Simington and Detective Layman may testify as to their knowledge of Rosen's applications for employment, and any communication they had with Pend Oreille County.

15. Jeff Hawkins, DOC Employee;

It is anticipated that Mr. Hawkins may testify as to his conversations with D.O.C. regarding Mr. Rosen's employment and any other personal information he may have regarding knowledge that is the subject of this litigation.

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

16. Shelly Peters, Former Human Resources Manager;
    County Public and Health Legislative Building
    P.O. Box 1506
    Walla Walla, WA 99362

It is anticipated that Shelly Peters may testify as to her knowledge of the Counties Policies and Procedures regarding personnel files and her knowledge of Mr. Rosen's termination

17. Don Gronning, Miner Reporter
    421 S. Spokane Street
    Newport, WA 99156
    509-447-2433
    minernews@povn.com

It is anticipated that Mr. Gronning will testify as to from whom *The Miner* received Cory Rosen's termination/hearing documents.

18. Michael Brasfield
    Michael Brasfield & Associates, Inc.
    641 Olele Point Road
    Port Ludlow, WA 98365-9437
    brasfield@commandscene.com

It is anticipated that Mr. Brasfield will testify regarding his conclusions contained in his Expert Report, and is expected to testify regarding police practices and policies and his opinions regarding the actions of Pend Oreille County Sheriff's Department regarding Mr. Rosen and his termination.

Defendants reserve the right to call any and all witnesses listed by all parties.

Defendants additionally reserve the right to disclose supplemental trial witnesses should Defendant discover further information relevant in this matter.

DATED this 4th day of August, 2016.

        EVANS, CRAVEN & LACKIE, P.S.


        By    s/ Heather C. Yakely
        HEATHER C. YAKELY, #28848
        Attorneys for Defendants
        Evans, Craven & Lackie, P.S.
        818 W. Riverside Ave., Ste. 250
        Spokane, WA 99201
        (509) 455-5200
        (509) 455-3632 facsimile
        hyakely@ecl-law.com

DEFENDANTS' TRIAL WITNESS LIST
- page 7

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System. Which sent copies to the following:

Collette C. Leland: ccl@winstoncashatt.com

Kammie Mencke-Smith: kms@winstoncashatt.com

EVANS, CRAVEN & LACKIE, P.S.

By   s/ Heather C. Yakely
Heather C. Yakely, #28848
Attorneys for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
hyakely@ecl-law.com

DEFENDANTS' TRIAL WITNESS LIST
- page 8

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632