# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CORY J. ROSEN,

    *Plaintiff*

v.

PEND OREILLE COUNTY, PEND OREILLE COUNTY SHERIFF ALAN BOTZHEIM, PEND OREILLE COUNTY SHERIFF'S DEPARTMENT and UNDERSHERIFF GRANT SIREVOG

    *Defendant*

Civil Action No. 2:15-CV-153-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered for all Defendants on Plaintiff's claim arising under 42 USC 1983 only. Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE AND ARE REMANDED TO THE SPOKANE COUNTY SUPERIOR COURT.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for summary judgment. Judgment is entered for all Defendants on Plaintiff's claim arising under 42 USC 1983 only.

Date: 12/16/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Renea Grogan
*(By) Deputy Clerk*

Renea Grogan